IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00620-GCM

| FARRAH GIPSON, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ONEMAIN FINANCIAL GROUP LLC, CAPITAL ONE BANK USA, NA, | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Yitzchak Zelman (ECF No. 8).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Zelman is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Farrah Gipson.

**IT IS SO ORDERED**.

Signed: March 25, 2022

Graham C. Mullen
United States District Judge